**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In Re:  Delroy Siewert and Cindy Siewert,        CHAPTER 12 BANKRUPTCY

Debtors.        Case No.:  20-30480

---

**DEBTOR'S  SECOND AMENDED**
**CHAPTER 12 PLAN OF REORGANIZATION**

**DATED 6-21-2021**

---

Debtor, Delroy Siewert, and Joint Debtor, Cindy Siewert, Debtors-in-Possession, (hereinafter referred to jointly as "Debtors"), propose the following Plan under 11 U.S.C. §§ 1221 and 1222:

## ARTICLE 1: SUMMARY OF THE PLAN

The property of the Debtors has been valued, and the claim of each secured creditor is being treated as secured in the amount of the value of the property securing such claim. Costs of administration are being paid on the effective date of the Plan unless otherwise agreed to or directed by the Court. Priority claims are being paid in full as allowed. The Debtor will pay the Trustee no less than all disposable income, as that term is defined in 11 U. S. C. Section 1225, for Trustee administration and distribution to unsecured creditors. The deficiency claims of all secured creditors will be treated as unsecured claims unless otherwise ordered by the Court.

## ARTICLE 2: TERM AND EFFECTIVE DATE

This plan shall continue for a period of three years from its effective date or upon payment of all timely filed claims in full.   The date of the entry of the order first confirming a plan is the effective date.

## ARTICLE 3: PROPERTY VALUATIONS

Debtors propose to value their property as set out in Debtors' Exhibit A attached hereto.

## ARTICLE 4: LIQUIDATION ANALYSIS

Based on the debtors' liquidation analysis, the debtors agree that filed and allowed unsecured claims will be paid in full under this plan and any modified plan filed in this case. The debtors' liquidation analysis is attached to this plan.

## ARTICLE 5: LIVING EXPENSES

The projections of net employment income are reflected on Exhibit D. Delroy Siewert's net Synergy truck driving income of $2,399.48, and Cindy's net employment income of $1,495.83, for a total of $3,895.31 per month, shall be the source of income for payment of living expenses. The debtors' projection of living expenses is $3,647.00 per month. The debtors shall limit their annual withdrawals for living expenses to $43,770.84, unless said amount shall be modified by Court Order. Unless otherwise directed by the Court, The debtors shall use their employment income to pay their living expenses. Living expenses include the items listed generally on Exhibit B, including payments on the Debtor's 2008 Chevy 2500 Pickup, Pontoon, and Motorcycle. The Court shall retain authority and jurisdiction to modify said allowance upon application of a party in interest.

## ARTICLE 6: DISPOSABLE INCOME

The Debtor's projection of farm income (Exhibit D) shows a net farm income of $17,432.83 per month, plus tree sales net income of $176.61 per month for a total net annual income of $211,313.28. Said income was calculated at 1500 ton baled hay. After the April 2021 hay auction, the debtors estimate that the hay available for 2021-22 will likely be about 1000 ton per year at a sale price of $130 per ton, which reduced the annual farm income projected on Exhibit D approximately $20,000.00. Therefore, Exhibit E reflects a decrease in farm income to $398,605.00 from the projected farm income on Exhibit D. The farm income will be used to pay debtor's projected farm operating expenses. For the term of this plan, all of the debtors' disposable income (income not necessary for the continuation, preservation and operation of the farm and for the maintenance or support of the debtors and their dependents), regardless of the amount, will be paid to the Trustee. The Trustee shall disburse these funds first to any allowed and unpaid priority claims (including administrative expenses and Trustee's fees) and second to allowed non-priority unsecured claimants.

## ARTICLE 7: POST CONFIRMATION

For the duration of the Chapter 12 plan, the debtors shall seek court approval to obtain credit or incur debt outside the ordinary course of business. After confirmation of this Plan, the Debtor may incur secured debt including but not limited to operating loans, livestock loans, real estate loans and/or machinery loans and may grant lenders with respect to such loans a security interest, lien, deed of trust or mortgage in the property of the bankruptcy estate, including but not limited to future crops, machinery owned or hereafter acquired, real estate or other personal property of the estate, after filing a motion or application for authority to incur secured debt and obtaining approval from the

U.S. Bankruptcy Court for the District of North Dakota. Any such security interest, lien, deed of trust or mortgage shall be junior and inferior to any such interest provided for in this Plan unless otherwise agreed to by the creditor holding such interest under this Plan.  The Debtor may liquidate unsecured assets and such proceeds from the sale or liquidation of such assets shall be paid to the Trustee.

## ARTICLE 8: COSTS OF ADMINISTRATION AND PROFESSIONAL FEES

**Professionals, Costs of Administration:**  Claims for compensation and expenses of professionals and court costs shall be paid upon approval by the Court and as directed by the Court or the terms of this plan.

**Trustee's Fees.**  The Chapter 12 Trustee shall make application to the Court for approval of trustee's fee and for any reasonable and necessary expenses of the Trustee in effectuating the Trustee's duties under the Bankruptcy Code in administering this case. The debtors shall pay an amount equal to five percent (5%) of all payments disbursed by the Chapter 12 Trustee as an estimated payment and the Trustee shall hold the fee until the Trustee's fees and expenses are applied for and approved by the Court. Once the Trustee's fees are approved, the Trustee shall pay them. If there are excess funds in the account at the end of the case, the money shall be paid to the unsecured creditors and any excess after paying the unsecured creditors shall be paid to the debtors, unless otherwise ordered by the Court.  **All payments shall be made through the Chapter 12 Trustee unless otherwise stated herein**.  **Creditors shall only accept direct payments from the debtors if specified in the Plan.**

**Debtors' Attorney's Fees.**  Debtors' attorney will apply to the Court for compensation in this case for attorney's fees, administrative work and reimbursement of costs and expenses incurred during the representation of the debtors pre- and post-petition.  Upon approval of such compensation by the Court, the debtors shall make an annual payment for the remaining fees owed (after application of the debtors' pre-petition retainer of $10,000.00) to the Chapter 12 Trustee on or before November 30, 2021.  Additional approved debtors' attorney's fee applications shall be paid to the trustee on or before November 30th of the following year. The debtors shall provide the additional funds as is necessary to provide for the Trustee's 5% fee when making these payments.

## ARTICLE 9:  CLASSIFICATION AND TREATMENT OF CLAIMS

**Secured Claims.** The term "secured claim" as used in this Plan shall mean an allowed claim in an amount equal to the value of a creditor's interest in real or personal property, as set forth in this Part or order of the Court.  The balance of the total allowed claim held by a given creditor shall be deemed to be an unsecured claim. However, nothing in this Part shall restrict the debtor, Trustee, or other party from objecting under Fed. R. Bankr. P. 3007 to the allowance of the unsecured portion of the claim.  All creditors whose claims are treated as secured in this plan shall retain their liens on the collateral securing their respective claims as specified in the plan and until such claims are paid in full in the amount allowed as secured.  A creditor shall release its lien(s) upon payment in full of the secured claim held by the creditor as set forth in this Plan or order of the Court.  Except as modified by the terms of this Plan, all documents evidencing indebtedness and security in favor of said secured creditors remain the same and are incorporated herein by reference.

If the value of creditor's interest in real or personal property is such that the creditor does not have a secured claim as defined and set forth in this Part, said creditor shall release its lien upon the entry of an order of discharge by the Court. The balance of the total allowed claim held by the creditor shall be deemed to be an unsecured claim. However, nothing in this Part shall restrict the debtor, Trustee, or other party from objecting under Fed. R. Bankr. P. 3007 to the allowance of the unsecured portion of the claim.

**Treatment under this Chapter 12 plan.** The Debtors propose that the secured claims of this creditor be allowed in full, as of the date of confirmation of this Plan, and that said claims be paid as follows:

**CLASSES OF
CLAIMS**

**CLASS 1: AGCO FINANCE, LLC**

**CLASS 2: DAKOTA WEST CREDIT**

**UNION CLASS 3: DEERE & COMPANY**

**CLASS 4: FARM CREDIT LEASING SERVICES**

**CORP. CLASS 5: GATE CITY BANK**

**CLASS 6: GATE CITY**

**BANK CLASS 7: GATE**

**CITY BANK CLASS 8:**

**GATE CITY BANK**

**CLASS 9: PERFORMANCE FINANCE (WAYFINDER**

**FINANCIAL) CLASS 10: MANLEY J. AND ARLENE SIEWERT**

**CLASS 11: MANLEY J. AND ARLENE**

**SIEWERT CLASS 12: UNION EQUIPMENT**

**FINANCE**

**CLASS 13: U.S. DEPT. OF AGRICULTURE - FARM SERVICE AGENCY (FSA)**

1.      **Class 1. AGCO Finance, LLC**: Class 1 is the fully secured claim AGCO Finance, LLC, based on their proof of claim balance of $51,767.52 plus attorneys' fees incurred in the sum of $5,000. This claim is fully secured by a Massey Ferguson Tractor/Loader MF- 4610M. The original loan documents shall govern, except to the extent amended by the Plan provisions herein.

This claim will be amortized at five and one-quarter percent (5.25%) interest as of the date of filing over seven (7) years. An initial payment of $9,797.00 plus five percent Trustee's fees (estimated to be $489.85) will be made on November 30, 2021, with semi-annual payments in the amount of $4,760.92 plus Trustee's fees (estimated to be $238.05) thereafter on May 31st and November 30th until paid in full. All payments will be paid through the Trustee during the term of the plan and directly by the Debtors thereafter. The Debtors will hold an auction to sell chattel on or before October 31, 2022, and the proceeds from that sale will be used to directly pay secured creditors. Should this claim not be paid in full from equipment auction sale, Debtors shall continue to pay the semi-annual payments as stated above, with a balloon payment to pay the balance of the claim in full, no later than 5 years after the effective date of the plan.

In the event any payment due should not be made by the due date, AGCO Finance LLC will give Debtors a thirty (30) day written notice of default and the right to cure. Payment to the trustee within the curative period shall be considered cure of any noticed default. If Debtors do not cure the default within the 30-day curative period, Debtors agree to turn over to AGCO Finance, LLC the collateral securing the debt. AGCO Finance LLC may file an affidavit of default/non-compliance seeking entry of an order granting relief from the automatic stay of 11 U.S.C. § 362(a) so that it may pursue its state court collection and enforcement remedies, including enforcement of the Judgment dated June 22, 2020 in Adams County District Court Case No. 01-2020-CV-00016 requiring turnover of the collateral.  If a response is filed, an evidentiary hearing may be set by the Court. If no objection is filed within five calendar days of the filing of the affidavit, the Court may enter an order granting AGCO Finance LLC relief from the automatic stay.

2.     **Class 2.   Dakota West Credit Union (DWCU)**:  Class 2 is the fully secured claim of Dakota West Credit Union.  This claim is secured by a First Mortgage on the Debtors' real property located in Adams County, North Dakota and Perkins County, South Dakota. DWCU will retain its lien(s). The proof of claim (Claim #24) filed by DWCU indicates a balance of $1,022,599.66 at the time of filing with variable interest accruing at 5.25%.  Attorney fees and expenses through November 5, 2020 are $43,364.98 (included in the balance listed above). Dakota West Credit Union will be allowed additional attorney's fees upon Dakota West filing an amended proof of claim prior to confirmation of this Plan or within 15 days of entry of an order confirming this Plan. Debtors will not object to any claimed attorney's fees in an additional maximum amount of $10,000.00. Should Dakota West file a proof of claim for claimed attorney's fees in an additional amount greater than $10,000, Debtors may object to the amended proof of claim.

Interest shall continue to accrue at the non-default rates provided for in the DWCU promissory notes until the effective date of the Plan. Beginning on the effective date of the Plan, the entire outstanding balance of the DWCU claim, except for attorney's fees, shall be capitalized and the claim will be amortized at

five and one-quarter percent (5.25%) interest as of the date of confirmation over thirty (30) years with an annual payment of $68,429.23, plus five percent trustee's fees ($3,421.47) due on or before November 30th of each year (beginning November 30, 2021) until paid in full which must occur on or before March 31, 2023. Dakota West will additionally be paid an adequate protection payment of $23,055.00 on or before May 1, 2021. All payments are to be applied first to any attorney's fees or expenses allowed under this Plan, next to interest, and third, to reduce principal. All payments will be paid through the Trustee during the term of the plan and directly by the debtors thereafter.

Debtors will list "for sale" with a reputable real estate broker no later than August 1, 2021, the real property in Perkins County, State of South Dakota, (the "Perkins County, South Dakota Property") described as follows:

> T 22 N, R 10 E of BHPM, Perkins County, SD
> Sec 18: SW 1/4 NW 1/4; NW 1/4 SW 1/4 ; E 1/2 SW 1/4;
> & SE 1/4  (about 320 acres)
>
> Township 22 North, Range 10 East, Perkins County, South Dakota, Section 19: NE 1/4 and E 1/2 NW 1/4 and SW 1/4 NW 1/4, subject to all easements and rights of way and excepting from this sale and contract and the deed and the warranties herein contemplated any interest in minerals or other substances in and under the above-described lands that have been heretofore reserved or conveyed of record, intending to convey to Buyer all minerals Sellers own of record.

The Real Property or its address is commonly known as Rural, Perkins County, SD.

The sale listing and any subsequent sale of the Perkins County, South Dakota Property will be conditioned upon Debtors' right to farm the Perkins County, South Dakota Property through November 30, 2022. Sales proceeds will be submitted directly from the closing agent to DWCU (with no Trustee's fees due). Should DWCU's claim not be paid in full from the sale of the South Dakota Property, the Debtors will have 90 days (until March 31, 2023) to secure financing or otherwise to pay the balance of the claim in full. DWCU will immediately release its lien upon Debtors' real property located in Adams County, North Dakota upon payment in full.  Until such time, DWCU will retain a first priority lien against the Adams County, North Dakota Real Property until their claim is paid in full. Should the sale of the South Dakota Property result in a surplus, the Debtors will remit the funds to the Trustee for payment of claims under this plan.

Debtors shall have until July 31, 2022, to obtain a signed purchase agreement for the sale of the Perkins County, South Dakota Property. A closing date for the purchase of property must be within sixty-one (61) days of the execution of the purchase agreement unless a later date is approved by DWCU. DWCU may object to the purchase agreement if the purchase price, less reasonable closing costs, commissions, and similar deductions from the gross proceeds, is not within ninety percent (90%) of the amount owing DWCU.

In the event Debtors do not obtain a signed purchase agreement by July 31, 2022, that is acceptable to DWCU, Debtors shall obtain a signed auction listing agreement with an auctioneer acceptable to DWCU for the Perkins County, South Dakota Property. The written agreement with the auctioneer must be finalized, approved by DWCU, and signed by Debtors and Manley Siewert no later than August 31, 2022, for the auction to be conducted no later than October 31, 2022, with closing for any sales to occur no later than December 31, 2022.  Debtors must obtain Manley Siewert's (and if necessary for clear title Arlene Siewert's or her personal representative's) cooperation, agreement, and execution on all instruments necessary to effectuate the terms of this Plan, recognizing that the Debtor Delroy Siewert is the purchaser of the Perkins County, South Dakota Property from Manly and Arlene Siewert under two separate contracts for deed.

The net land sale proceeds will be used to pay the claim of DWCU.  Any surplus proceeds from the sale of the 280-acre parcel (Section 19: S 1/2, NW 1/4, S 1/2, NW 1/4, and NE 1/4, NW ¼, Township 22 North, Range 10 East, Perkins County, South Dakota) will be paid to the Trustee for disbursement to creditors under the terms of the plan.  Any surplus proceeds from the sale of the 320-acre parcel (Section 18: SW ¼ NW ¼; NW ¼ SW ¼ ; E ½ SW ¼; & SE ¼, T22 N. R 10 E Of BNPM, Perkins County, South Dakota) will first be paid to Manley Siewert and Arlene Siewert towards satisfaction of their secured claim #26-2 (Class 11) and second the Trustee for disbursement to creditors under the terms of the plan.

Debtors and Manley Siewert (and if necessary for clear title Arlene Siewert or her personal representative) shall within 30 days of entry of an order confirming this Plan execute a deed in lieu of foreclosure for the Perkins County, South Dakota Property in favor of Dakota West Credit Union to be held in escrow until one of the following shall occur: 1) DWCU's claim is paid in full; or 2) Debtors' default under this Plan that goes uncured as provided in this Plan. The deed in lieu shall be in form and substance acceptable to Dakota West Credit Union and be accompanied by estoppel affidavits in form and substance acceptable to Dakota West Credit Union. The deed in lieu of foreclosure and estoppel affidavits must be in recordable form, for use only in the event that the Debtors do not sell (either by private sale of by auction as stated above) the Perkins County South Dakota Property as provided in this Plan, with the net sale proceeds delivered to DWCU by December 31, 2022, or other uncured default by the

Debtors under this Plan. Debtors will enter into an escrow agreement with any third-party escrow agent acceptable to both Debtors and DWCU, but if they cannot agree on the escrow agent, the Debtors or the Debtor's agent or attorney shall select one escrow agent, DWCU or the DWCU's agent or attorney shall select another escrow agent, and these two so selected shall select a third escrow agent. All persons selected must be disinterested residents of the State of North Dakota or entity authorized to do business in the State of North Dakota, not related to either party nearer than the fourth degree. If the two fail to agree upon the third person, then such escrow agent appointed and approved by the court. Any escrow fee shall be added to the indebtedness owed to Dakota West Credit Union. The escrow agreement shall provide that the deed in lieu and estoppel certificates are to be delivered to Dakota West Credit Union in the event a default of the Debtors under this Plan that remains uncured after 30 days written notice is sent to the Debtors and the Debtors' attorney by Dakota West Credit Union or its attorney. In the event of default and the deed in lieu is transferred out of escrow to Dakota West Credit Union, the Debtors would remain liable for any deficiency amount that remains after Dakota West Credit Union sells the Perkins County, South Dakota Property.  Only the Net Sales Proceeds of the Perkins County, South Dakota Property would be a credit on Dakota West Credit Union's claim, with the remaining balance being a deficiency that would remain a first priority lien against the Adams County, North Dakota Real Property. "Net Sales Proceeds" means the sale or other disposition proceeds remaining after deduction from the gross proceeds of the reasonable expenses of preparing the Perkins County, South Dakota Property for sale or other disposition, advertising the sale or other disposition, reasonable closing costs, and paying commissions and other reasonable expenses of selling or otherwise disposing of the Perkins County, South Dakota Property, and paying property taxes or superior liens, if any.  The Debtors agree that a publicly advertised sale by a licensed auctioneer shall be reasonable disposition of the Perkins County, South Dakota Property by Dakota West Credit Union and is permitted at any time by Dakota West Credit Union after a default by Debtors under this Plan. Debtors would be free to bid at any public sale but would need to pay the purchase price on the same terms as offered to all other bidders.

The Debtors agree that in the event a default of the Debtors under this Plan that remains uncured after 30 days written notice is sent to the Debtors and the Debtors' attorney by Dakota West Credit Union or its attorney, there is deemed to be good cause for the lifting of the stay under section 362 of the Bankruptcy Code upon request of Dakota West Credit Union. Dakota West Credit Union or its attorney may file an affidavit of default/non-compliance seeking entry of an order granting relief from the automatic stay of 11 U.S.C. § 362(a) so that Dakota West Credit Union may pursue its collection and enforcement remedies, including recording the deeds in lieu, and pursuing its state court remedies. If a response is filed, an evidentiary hearing may be set by the Court. If no objection is filed within five calendar days of the filing of the affidavit of default/non-compliance, the Court may enter an order granting the Bank relief from the automatic stay.

**EVENTS OF DEFAULT.** The following events shall constitute an event of default or default under the terms of this Plan as to DWCU.

   a.  Any conversion of the present Chapter 12 bankruptcy to a Chapter 7 proceeding or any other chapter, or any subsequent or further bankruptcy proceeding.

   b.  Failure to make any payment to DWCU of principal or interest when due.

   c.  Failure to comply with any of the covenants, conditions, or agreements required under the Plan as modified by this Addendum;

   d.  Failure to pay property taxes accruing post-petition on the real property that serves as collateral for DWCU's claims.

   e.  Failure to discharge liens and encumbrances that impair or obtain priority ahead of DWCU's interests, as that priority existed on September 8, 2020, on the real property that serves as collateral for DWCU's claims.

   f.  Dismissal of the current bankruptcy proceedings for any reason.

**Miscellaneous.**

   **Amendments.** Amendments to this Addendum are not binding unless signed in writing by the party against whom enforcement is sought.

   **Severability.** Wherever possible, each provision of this Addendum shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provision of this Addendum shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition of this Addendum.

   **Effectiveness.** This Addendum shall become effective upon confirmation of the Plan and this Addendum incorporated into the Plan. In the event the Plan with this Addendum incorporated is not confirmed by a non-appealable order of the Bankruptcy Court for whatever reason, this Addendum shall be null and void.

   **Electronic Execution and Execution in Counterparts.** This Addendum may be executed simultaneously or in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Addendum may also be executed by signatures sent by facsimile or electronic transmission and the reproduction of signatures sent thereby shall be deemed as though such reproductions were executed originals thereof.

3.     **Class 3.  Deere and Company d/b/a John Deere Financial:** Class 3 is a fully secured claim of Deere and Company, based on their proof of claim balance of $7,348.93.

This claim is fully secured by a Hiniker 5620 Shredder Serial #23-100 and is allowed post-petition interest from time of filing until confirmation, up to the value of the collateral, pursuant to 11 USC 506.

This claim will be amortized at five and one-quarter percent (5.25%) interest as of the date of filing over three (3) years. Payments of $2,711.24 plus five percent Trustee's fees ($135.56) will be made annually in November of each year beginning November 30, 2021, until paid in full.  As a fully secured creditor, Class 3 is allowed post-petition interest of 4.25% and reasonable attorney fees from the time of filing until the effective date of the plan, up to the value of its collateral.

All payments will be paid through the Trustee during the term of the plan and directly by the
Debtors thereafter.  Debtors will hold an auction to sell equipment on or before October 31,
2022, and the proceeds from that sale will be used to directly pay secured creditors. Should this claim not be paid in full from equipment auction sale, the Debtors shall continue to pay the annual payment as stated above, with a balloon payment to pay the balance of the claim in full, no later than 5 years after the effective date of the plan.

4.    **Class 4. Farm Credit Leasing Services Corp.:** Class 4 is a lease between Debtor Delroy D. Siewert and Farm Credit Leasing Services Corp. ("FCL"), on a Pro Grader (the "FCL Lease"). The FCL Lease is assumed. The annual lease payments of $3,666.56 are past due for the 12/19/19 and 12/20/20 payments, although a partial pre-petition payment of $367.00 has been credited to the past due amounts. Additionally, late fees of $1,253.88 have accrued. The past due payments (less the partial payment made) and late fees will be made within sixty (60) days of the effective date of the plan, plus five percent trustee fees. Two additional annual lease payments of $3,666.56 plus five percent Trustee's fees ($183.32) will be paid to Farm Credit Leasing Services Corp. annually in December of each year, beginning December 20, 2021, until the FCL Lease term expires, with a purchase option of $3,690.00 on the expiration date, 4/20/2022. If the Debtor elects to exercise the purchase option, such payment will be made through the Trustee, with five percent trustee's fees, and upon payment of all amounts due to Farm Credit Leasing Services Corp., Farm Credit Leasing Services Corp. will issue a bill of sale to the Debtor conveying all rights, title and interest in and to the Pro Grader to the Debtor and the Debtor will be authorized to terminate Farm Credit Leasing's UCC-1 Financing Statement. Farm Credit Leasing Services Corp.'s ownership of the Pro Grader (and UCC lien on the Pro Grader) shall be retained until all amounts due from the Debtor to Farm Credit Leasing Services Corp. are fully and indefeasibly paid. Other than as expressly modified by the plan, the FCL Lease shall remain in full force and effect, and Farm Credit Leasing Services Corp. be entitled to exercise its rights under the FCL Lease and applicable law without notice or demand in the event of Debtor's default under the plan. To the extent additional amounts come due under the FCL Lease, the Debtor and Farm Credit Leasing will adjust the sum due and the Debtor will include the amounts in its next scheduled payment.

5.      **Class 5.  Gate City Bank:** Class 5 addresses claim #35-1 filed by Gate City Bank which refers to a 2018 Stock trailer.  Gate City Bank has not perfected its security interest in the trailer.  This claim shall be treated as unsecured in its entirety under Article 11:  Non-Priority Unsecured Claims.  Gate City Bank shall release/satisfy their liens in the property within 30 days of the order confirming the plan.

6.      **Class 6.  Gate City Bank:** Class 6 is a fully secured claim of Gate City Bank, based on the loan statement balance of $5,761.00.  This claim is fully secured by a Forest River Travel Trailer.  This debt will be paid by Debtors directly from their monthly employment income until paid in full.

7.      **Class 7.  Gate City Bank:** Class 7 is a fully secured claim of Gate City Bank, based on the loan statement balance of $10,695.00.  This claim is fully secured by a 2008 Chevy 2500
Pickup.  This debt will be paid by Debtors directly from their monthly employment income until paid in full.

8.      **Class 8.  Gate City Bank:**  Class 8 is a fully secured claim of Gate City Bank, based on the loan statement balance of $12,179.00.  This claim is fully secured by a Pontoon water craft. This debt will be paid by Debtors directly from their monthly employment income until paid in full.

9.      **Class 9.  Performance Finance:**  Class 9 is a fully secured claim of Wayfinder Financial (Agent for Performance Finance), based on the Proof of Claim balance of $2,345.65.  This claim is fully secured by a 2016 Victory Gunner motorcycle.  This debt will be paid by Debtors "direct" from their monthly employment income until paid in full.

10.     **Class 10. Manley J. and Arlene Siewert:**  Class 10 addresses claim #28-2 filed by Manley J. and Arlene Siewert.  This claim is based refers to 280 acres of real property in Perkins County, State of South Dakota, described as:

> Section 19: S 1/2, NW 1/4, S 1/2, NW 1/4, and NE 1/4, NW ¼,
> Township 22 North, Range 10 East, Perkins County, South
> Dakota.

Based on the warranty deed conveying their interest to debtor Delroy Siewert, a copy of which is attached to the proof of claim, this claim is unsecured in its entirety and shall be paid under Article 11: Non-Priority Unsecured Claims.  Manley J. and Arlene Siewert shall release/satisfy their encumbrances on this parcel within 30 days of the order confirming the plan.

11.     **Class 11.  Manley J. and Arlene Siewert:**  Class 11 is a fully secured claim of Manley J. and Arlene Siewert, based on proof of claim balance of $58,730.97.  This claim is based on a Contract for Deed with Debtors, fully secured by approximately 320 acres of real property in Perkins County, State of South Dakota, described as:

> T22 N. R 10 E Of BNPM, Perkins County, SD
> SEC 18: SW ¼ NW ¼; NW ¼ SW ¼ ; E ½ SW ¼; &
> SE ¼ (about 320 acres)

The Real Property or its address is commonly known as Rural, Perkins County, SD.

This claim will be amortized at five and one-quarter percent (5.25%) interest as of the date of filing over thirty (30) years with an annual payment of $4,041.01, plus five percent Trustee's

fees ($202.06), due on or before November 30th of each year (beginning November 30, 2021) until paid in full.   All payments will be paid through the Trustee during the term of the plan and directly by the debtors thereafter.

12.    **Class 12.  Union Equipment Finance:**  Class 12 is a lease between the Debtors and Union Equipment Finance, LLC, on a 2010 Massey Ferguson Utility Tractor 1532 SN #JVH60411 and Massey L100 Loader SN #VU4238272038. Said lease is assumed. Quarterly lease payments of $1,091.40 are past due for the dates 11/2020, 2/2021, and 5/2021 for a total past due of $3,274.20. The past due payments, plus five percent trustee's fees, will be made within sixty (60) days of the effective date of the plan. A total of one (1) quarterly payment of $1,091.40 is due on 8/20/2021, and a purchase option of 10% ($1,400.00) of the total cost on the expiration date of the original term of the lease, will be paid on 4/20/2022. The payments, plus five percent trustee's fees, will continue to be paid to Union Equipment Finance, LLC, as set forth below:

| 5/20/2020 | 8/20/2020 | 11/20/2020 | 2/20/2021 | 5/20/2021 | 8/20/2021 | 4/20/2022 |
|-----------|-----------|-----------|-----------|-----------|-----------|-----------|
| $1,091.40 | $1,091.40 | $1,091.40 | $1,091.40 | $1,091.40 | $1,091.40 | $1,400.00 |
| Paid | Paid | | | | | |

All payments will be paid through the Trustee during the term of the plan and directly by the debtors.  Payments totaling $5,765.60, plus five percent Trustee's fees ($288.28) will be made as set forth in the schedule above.

13.    **Class 13.  U.S. Department of Agriculture – Farm Service Agency (FSA):**  Class 13 is the fully secured claim of Farm Service Agency (FSA), based on their promissory note balance of $419,523.29.  This claim is fully secured by real property and equipment. As a fully secured creditor, Class 3 is allowed post-petition interest and reasonable attorney fees from the time of filing until the effective date of the plan, up to the value of its collateral.

This claim will be amortized at five and one-quarter percent (5.25%) interest as of the date of filing over seven (7) years. Payments of $69,755.54 plus five percent Trustee's fees ($3,487.78) will be made annually in November of each year, beginning November 30, 2021, until paid in full.  The Debtors will hold an auction to sell chattel on or before October 31, 2022, and the proceeds from that sale will be used to directly pay secured creditors.  Should this claim not be paid in full from equipment auction sale proceeds or from trustee payments, Debtors shall continue to pay the annual payment as stated above, with a balloon payment to pay the balance of the claim in full, no later than five (5) years after the effective date of the plan.

FSA will retain its mortgage lien on the Debtor's real property in North Dakota.  In addition to its pre-petition liens, FSA holds a replacement security interest in livestock and 2021 crops. Except as modified by the confirmed plan, all terms of the FSA loan instruments (promissory notes, security agreements, and mortgages) remain unimpaired by this Plan, and the debtors will continue to comply with all regulations and policies governing FSA loans.

## ARTICLE 10:  PRIORITY AND OTHER ADMINISTRATIVE EXPENSE CLAIMS

The trustee will pay in full all claims entitled to priority under § 507(a)(1) through (a)(10), including, but not limited to, the following. The amounts listed are estimates. The trustee will pay the amounts actually allowed.

**Class 1:  Office of State Tax Commissioner.**  The Office of State Tax Commissioner has filed a priority claim in the amount of $432.28.  The debtors will pay the claim pursuant to the following schedule:

| Payment Due Date | Payment Amount | Trustee's Fees | Total Payment | Paid by: |
|---|---|---|---|---|
| November 31, 2021 | $432.28 | $21.62 | $453.90 | Trustee |

## ARTICLE 11: NON-PRIORITY UNSECURED CLAIMS

Article 11 consists of allowed non-priority unsecured claims, including, but not limited to, allowed non-priority unsecured claims of creditors which are as a result of damages arising as a result of the rejection of unexpired leases and/or executory agreements, allowed non-priority unsecured claims resulting from the value of a secured claim being of a value less than the creditor's collateral, allowed non-priority claims of those secured creditors whose claims are determined to be unsecured, allowed non-priority governmental claims arising under 11 U.S.C. § 1232, and allowed non-priority unsecured claims for taxes and penalties which are not included in any other Class. Payments made to this Class shall be disbursed by the Trustee pro- rata based on the amount of allowed claims existing on the date of disbursement.  Nothing in this Part shall restrict the debtor, Trustee, or other party from objecting under Fed. R. Bankr. P. 3007 to the allowance of a claim.   Non-priority unsecured claims total approximately $286,591.48.

| Claim Number | Creditor Name | Claimed Amount |
|---|---|---|
| 35 | Gate City Bank | $  12,017.06 |
| 31 | Portfolio Recovery Associates, LLC | $       991.56 |
| 30 | Dalynn Siewert | $    4,000.00 |
| 28 | Manley and Arlene Siewert | $  63,625.31 |

| 27 | Daluss Siewert | $ | 4,000.00 |
| 25 | STATE TAX COMMISSIONER | $ | 432.28 |
| 22 | David and Virginia Conner | $ | 112,730.28 |
| 20 | UMB Bank, N.A. | $ | 16,362.07 |
| 18 | John Deere Financial | $ | 13,687.98 |
| 13 | JPMorgan Chase Bank, N.A. | $ | 4,243.40 |
| 12 | Credit Bureau of Bismarck, Inc. | $ | 4,050.57 |
| 11 | Robert Heinz | $ | 6,000.00 |
| 10 | Quantum3 Group LLC as agent for Crown Asset Management LLC | $ | 1,673.93 |
| 8 | Helena Agri-Enterprises, LLC | $ | 6,748.87 |
| 7 | Midland Credit Management, Inc. | $ | 15,555.86 |
| 6 | Midland Credit Management, Inc. | $ | 3,442.38 |
| 5 | Capital One Bank (USA), N.A. | $ | 11,583.04 |
| 4 | Farm Credit Leasing Services Corp. | $ | 467.71 |
| 3 | LVNV Funding, LLC | $ | 940.87 |
| 2 | Credit Bureau of Bismarck, Inc. | $ | 4,038.31 |
| | TOTAL: | $ | **286,591.48** |

The priority class (but not including attorney's fees) and non-priority unsecured class of claims will be paid in full under the terms of this plan and any modified plan filed in this case. The debtors shall remit to the Trustee all disposable income and, if necessary, liquidate non-exempt assets to pay this amount by the third anniversary of the effective date of the plan.

## ARTICLE 12: 11 U.S.C. § 1232 GOVERNMENTAL CLAIMS

Governmental claims arising under 11 U.S.C. § 1232 (1) shall be treated as non-priority unsecured claims arising before the date on which the petition is filed; (2) shall be treated under Article 11 of the plan (Non-Priority Unsecured Claims), provided that the claim is not otherwise disallowed, (3) shall not be entitled to priority treatment under 11 U.S.C. § 507; and (4) shall be discharged in accordance with 11 U.S.C. §§ 1228 & 1232. If the debtor files a tax return after the filing of the petition for a period in which a claim under 11 U.S.C. § 1232(a) arises, and the claim relates to the tax return, the debtor shall serve notice of the claim pursuant to 11 U.S.C. § 1232(d)(2). Nothing in this Part shall restrict the debtor, Trustee, or other party from objecting under Fed. R. Bankr. P. 3007 to the allowance of a claim.

## ARTICLE 13: EXECUTORY CONTRACTS AND LEASES

This Part shall consist of all leases and executory contracts not already classified by this Chapter 12 Plan. The debtors hereby **ASSUME** all leases as provided in this Chapter 12 plan. The assumption of these executory contracts is in the best interest of the estate in that these lease/contracts support debtor's farm operation.

The debtors hereby **ASSUME** all executory contracts held with the United States Department of Agriculture, Including PLC Program Contracts on Farm No.'s 1480, 3623, and 4061, as well as any Agricultural Risk Coverage – County Options and Price Loss Coverage (PLC) contract(s).

Except those held with the United States Department of Agriculture, any other executory contracts not assumed in this plan or listed in Schedule G of the bankruptcy schedules are rejected. Any damages from such rejected leases are to be included in Article 11.

## ARTICLE 14: EXECUTION OF PLAN AND CASH FLOW ANALYSIS

The debtors propose to continue their farming operations and make the plan payments out of farm or other income. The debtors' projections of income, operating expenses, and plan payments are attached as an exhibit.

## ARTICLE 15: GENERAL PROVISIONS

1.     The Court shall retain jurisdiction over the debtors and his property for the term of the plan.

2.     As part of the continuing farm operation, the debtors shall submit operating reports and bank statements on a monthly basis to the Chapter 12 Trustee. The debtors shall provide the Chapter 12 Trustee copies of tax returns annually once filed.

3.     For the duration of the Chapter 12 plan, the debtors shall seek court approval to use, sell, or lease property outside the ordinary course of business.

4.     Either the debtors or any creditor may record this plan and the Order confirming this plan with the Office of the County Recorder of each county in which the debtors have an interest in real estate without violation of the automatic stay.

5.     The Debtors may request the Court to modify this Plan before or after confirmation in accordance with the provisions of 11 U.S.C. Section 1222 or Section 1229.

## ARTICLE 16:  OTHER PROVISIONS

**Binding Effect**. Except as provided in 11 U.S.C. § 1228(a), the provisions of this Plan shall, upon confirmation, bind the Debtor, each and every creditor of this estate, and each party in interest, whether or not the claim of such creditor or party is provided for by the Plan and whether or not such creditor or party has accepted or has rejected the Plan.

**Completition of the Plan.** Upon the payment by the Debtor of the sums required under this Plan, the real and personal property provided for in this Plan shall be owned by the Debtor free and clear of any lien or mortgage interest of any nature whatsoever held by any creditor of this estate except to the extent that said lien or mortgage interest is specifically allowed by this Plan.

**Good Faith of Debtors.** The Debtor represents that it is within Debtor's ability to carry out this Plan, and the Plan is submitted in good faith.

Dated this 21st day of June, 2021.


   /s/  Delroy Siewert
Delroy Siewert, Debtor



   /s/  Cindy Siewert
Cindy Siewert, Joint Debtor



   /s/ Bruce L. Madlom
Bruce L. Madlom (ND Atty Lic.# 04716)
Attorney at Law
1330 Gateway Drive SW
P.O. Box 9693
Fargo, ND 58106-9693
(701) 235-0505
ATTORNEY FOR DEBTORS

# EXHIBIT A

## Property Valuations

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1.

__1206Highway12W__
Street address, if available, or other description


__Reeder              ND   58649__
City                         State    ZIP Code

__Adams__
County

Homestead
48 Acres ND Land and
Farmstead/Feedlot
T 130, N R 98W

Dakota West Appraisals $305,000
2016 Appraisal Valuation $453,000

**What is the property?**
Check all that apply.

   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other __BuildingsandFeedlot__

**Who has an interest in the property?**
Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property?
__$453,000.00__

Current value of the portion you own?
__$453,000.00__

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Homestead__

   ☐ Check if this is community property
   (see instructions)

# EXHIBIT A

**1.2.**

10579156thAve
Street address, if available, or other description

Hettinger                    ND   58639
City                         State   ZIP Code

Perkins
County

SD Farm Land and Buildings - 600 Acres

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other  Buildings

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $999,000.00 | $999,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

LandandBuildings

☐ Check if this is community property (see instructions)

Perkins County, SD;  SD Farm Land and Buildings - 600  Acres
Sec 18 SW 1/4, NW 1/4 $ NW 1/4, SW 1/4, E 1/2, SW 1/4, SE  1/4.
Sec 19 S 1/2, NW 1/4, S 1/2, NW 1/4, and NE 1/4, NW 1/4.

Dakota West Appraisals $818,000
2016  Appraisal Valuaton $999,000
Secured by SD Assignment of Rents ??
Purchased by Contract for Deed??

---

**1.3.**

3928WardAve
Street address, if available, or other description

Spearfish                   SD   57783
City                        State   ZIP Code

Lawrence
County

Property in Spearfish, SD (parents house)
(Debtor and 2 others) Property (house in Spearfish, SD) Debtor's father lives there.
(Debtor 1 has 1/3rd  interest of $345,000.00]

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $345,000.00 | $115,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

RealProperty

☐ Check if this is community property (see instructions)

---

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................☐

| $1,567,000.00 |
|---|

# EXHIBIT A

| Part 2: | Describe Your Vehicles |
|---|---|

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on Schedule G: Executory Contracts and Unexpired Leases.

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☐ Yes

**3.1.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|
| Make: | Chevrolet | | |
| Model: | 2500 Pickup | ☐ Debtor 1 only | |
| Year: | 2008 | ☐ Debtor 2 only | Current value of the entire property? |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the portion you own? |
| Other information: | | ☐ At least one of the debtors and another | $18,000.00        $18,000.00 |

2008 Chevrolet 2500 Pickup FMV $18,000
{Farm Vehicle}

☐ Check if this is community property (see instructions)

**3.2.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|
| Make: | GMC | | |
| Model: | Acadia | ☐ Debtor 1 only | |
| Year: | 2011 | ☐ Debtor 2 only | Current value of the entire property? |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the portion you own? |
| Other information: | | ☐ At least one of the debtors and another | $4,895.00        $4,895.00 |

2011 GMC Acadia KBB $4,895

☐ Check if this is community property (see instructions)

4.    Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
     Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

**4.1.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|
| Make: | Victory | | |
| Model: | Gunner | ☐ Debtor 1 only | |
| Year: | 2016 | ☐ Debtor 2 only | Current value of the entire property? |
| Other information: | | ☐ Debtor 1 and Debtor 2 only | Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | $7,805.00        $7,805.00 |

2016 Victory Gunner Motorcycle; NADA $7,805 (average retail)

☐ Check if this is community property (see instructions)

**4.2.**

| | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. |
|---|---|---|---|
| Make: | Forest River | | |
| Model: | 29' Travel Trailer | ☐ Debtor 1 only | |
| Year: | 2003 | ☐ Debtor 2 only | Current value of the entire property? |
| Other information: | | ☐ Debtor 1 and Debtor 2 only | Current value of the portion you own? |
| | | ☐ At least one of the debtors and another | $1,500.00        $1,500.00 |

2003 Forest River 29' Travel Trailer FMV $1,500
[totaled out by insurance co. - hail damage]

☐ Check if this is community property (see instructions)

# EXHIBIT A

| 4.3. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
|---|---|---|---|---|
| Make: | Sun Tracker | | | |
| Model: | 21' Pontoon w/trailer | ☐ Debtor 1 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | 2009 | ☐ Debtor 2 only | | |
| Other information: | | ☐ Debtor 1 and Debtor 2 only | | |
| 2009 Sun Tracker 21' Pontoon w/trailer KBB $10,380 | | ☐ At least one of the debtors and another | $10,380.00 | $10,380.00 |
| | | ☐ Check if this is community property (see instructions) | | |

| 4.4. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
|---|---|---|---|---|
| Make: | Keystone | | | |
| Model: | Vr1 29' Travel Trailer | ☐ Debtor 1 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | 2008 | ☐ Debtor 2 only | | |
| Other information: | | ☐ Debtor 1 and Debtor 2 only | | |
| 2008 Keystone Vr1 29' Travel Trailer KBB $13,695 | | ☐ At least one of the debtors and another | $13,695.00 | $13,695.00 |
| | | ☐ Check if this is community property (see instructions) | | |

| 4.5. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property. | |
|---|---|---|---|---|
| Make: | Crestliner | | | |
| Model: | 17' boat w/trailer | ☐ Debtor 1 only | Current value of the entire property? | Current value of the portion you own? |
| Year: | 1977 | ☐ Debtor 2 only | | |
| Other information: | | ☐ Debtor 1 and Debtor 2 only | | |
| 1977 Crestliner 17' boat w/trailer FMV $2,500 | | ☐ At least one of the debtors and another | $2,500.00 | $2,500.00 |
| | | ☐ Check if this is community property (see instructions) | | |

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................. ☐    **$58,775.00**

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   Examples: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☐ Yes. Describe..... | Household goods and furnishings (kitchen, bathrooms, bedrooms, living room and laundry room) | $1,000.00

7. Electronics
   Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☐ Yes. Describe..... | Electronics indluding: 2 televisions, 2 mobile phones, 3 older cameras, computer, etc. | $400.00

8. Collectibles of value
   Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☐ Yes. Describe..... | Collectibles including: family antiques and books, etc. | $500.00

# EXHIBIT A

9. Equipment for sports and hobbies
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☐ Yes. Describe......

| Sport and Hobby equipment: treadmill | $200.00 |

10. Firearms
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☐ Yes. Describe......

| Firearms including: 2 shotguns, rifle, pistol, and ammunition, etc. | $500.00 |

11. Clothes
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☐ Yes. Describe......

| Wearing apparel including: clothing, shoes, and accessories | $500.00 |

12. Jewelry
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver.

☐ No
☐ Yes. Describe......

| Jewelry: costume jewelry and 2 wedding rings, etc. | $1,100.00 |

13. Non-farm animals
Examples: Dogs, cats, birds, horses

☐ No
☐ Yes. Describe......

| Barn cats | $1.00 |

14. Any other personal and household items you did not already list, including any health aids you did not list

☐ No
☐ Yes. Give specific information..............

| | |

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.........................................................

| $4,201.00 |

| **Part 4:** | Describe Your Financial Assets |

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Do you own or have any legal or equitable interest in any of the following?

16. Cash
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes...................................................................................................................Cash:...............................$150.00

# EXHIBIT A

17. Deposits of money
   Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution,                                list                                each.

☐ No
☐ Yes.............................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | (Debtor1)Checkingaccount:GateCityBankendingin*9579 | $27.00 |
| 17.2. | Checking account: | (Joint)Checkingaccount:BankoftheWest*1134 | $220.00 |
| 17.3. | Checking account: | (Joint) Checking account:  Pioneer Bank & Trust ending in *0541 | $200.00 |
| 17.4. | Other financial account: | Comdata Fuel Card | $100.00 |

18. Bonds, mutual funds, or publicly traded stocks
   Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☐ Yes.............................  Institution or issuer name:

19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☐ Yes.  Give specific
information about
them...............................Name of entity:                                    % of ownership:

20. Government and corporate bonds and other negotiable and non-negotiable instruments
   Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
   Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☐ No
☐ Yes.  Give specific
information about
them...............................Issuer name:

21. Retirement or pension accounts
   Examples: Interests in IRA, ERISA, Keogh, 401(k),  403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☐ Yes.  List each
account separately.      Type of account:      Institution name:

22. Security deposits and prepayments
   Your share of all unused deposits you have made so that you may continue service or use from a company
   Examples:  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☐ Yes.............................                                 Institution name or individual:

23. Annuities  (A contract for a specific periodic payment of money to you,  either for life or for a number of years)
☐ No
☐ Yes.............................  Issuer name and description:

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
   26 U.S.C. §§ 530(b)(1), 529A(b),  and 529(b)(1).
☐ No
☐ Yes.............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit
☐ No
☐ Yes.  Give specific
information about them

# EXHIBIT A

26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☐ Yes. Give specific
information about them

27.  Licenses, franchises, and other general intangibles
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☐ Yes. Give specific
information about them

Money or property owed to you?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28.  Tax refunds owed to you

☐ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years.................

Federal:_____
State:   _____
Local:   _____

29.  Family support
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☐ Yes. Give specific information

Alimony:              _____
Maintenance:      _____
Support:              _____
Divorce settlement:  _____
Property settlement: _____

30.  Other amounts someone owes you
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☐ Yes. Give specific information

31.  Interests in insurance policies
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☐ Yes. Name the insurance
company of each policy
and list its value.................

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| (Debtor 2) Jackson National Term Life Insurance | Spouse | $1.00 |
| (Debtor 1) Protective Life Insurance | Spouse | $1.00 |

32.  Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☐ No
☐ Yes. Give specific information

# EXHIBIT A

33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples:  Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☐ Yes.  Describe each claim........ [                    ]    _____

34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☐ No
☐ Yes.  Describe each claim........ [                    ]    _____

35.  Any financial assets you did not already list

☐ No
☐ Yes.  Give specific information [                    ]

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here.................................................................................... ☐ ........_____    $699.00

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37.  Do you own or have any legal or equitable interest in any business-related property?

☐ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

38.  Accounts receivable or commissions you already earned

☐ No
☐ Yes.  Describe.. [                    ]    _____

39.  Office equipment, furnishings, and supplies
Examples:  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes.  Describe.. [                    ]    _____

40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☐ No
☐ Yes.  Describe.. [ See continuation page(s). ]    $590,145.00

41.  Inventory

☐ No
☐ Yes.  Describe.. [                    ]    _____

# EXHIBIT A

42. Interests in partnerships or joint ventures

☐ No
☐ Yes. Describe.......Name of entity:                                    % of ownership:

43. Customer lists, mailing lists, or other compilations

☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.....

44. Any business-related property you did not already list

☐ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here............................................................................☐ ........    **$590,145.00**

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☐ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

47. Farm animals
Examples: Livestock, poultry, farm-raised fish
☐ No
☐ Yes....   Farm animals including: butcher steer                                    $1,000.00

48. Crops--either growing or harvested
☐ No
☐ Yes. Give specific
information................   See continuation page(s).                                    $154,000.00

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
☐ No
☐ Yes....   Farm shop tools including: hand tools, power tools                         $3,500.00

50. Farm and fishing supplies, chemicals, and feed
☐ No
☐ Yes....   Farm Supply and Feed                                                       $10,000.00

51. Any farm- and commercial fishing-related property you did not already list
☐ No
☐ Yes. Give specific
information................

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here.......................................................................☐ ........    $168,500.00

# EXHIBIT A

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53.  Do you have other property of any kind you did not already list?
     Examples: Season tickets, country club membership

☐ No
☐ Yes. Give specific information.

Garage and Yard items including: hobby shop & garden tools $800,  Bad Boy 72" lawn mower
$2,500, greenhouse $750, lawn shed $1000, enclosed trailer $750, etc.          $5,800.00

54.  Add the dollar value of all of your entries from Part 7. Write that number here...............................☐       $5,800.00

### List the Totals of Each Part of this Form

55.  Part 1: Total real estate, line 2.............................................................................................☐.......  $1,567,000.00

56.  Part 2: Total vehicles, line 5                                      $58,775.00

57.  Part 3: Total personal and household items, line 15             $4,201.00

58.  Part 4: Total financial assets, line 36                          $699.00

59.  Part 5: Total business-related property, line 45                $590,145.00

60.  Part 6: Total farm- and fishing-related property, line 52       $168,500.00

61.  Part 7: Total other property not listed, line 54             +   $5,800.00

62.  Total personal property.     Add lines 56 through 61.................   $828,120.00     Copy personal property total ☐   +   $828,120.00

63.  Total of all property on Schedule A/B.     Add line 55 + line 62.............................................................$2,395,120.00

# EXHIBIT A

40.  Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):

Farm Vehicles including:                                                                    $109,545.00

2006 Ford 350 Diesel Pickup KBB $8,545;
1997 Ford F350 Diesel Pickup (svc body) $7,500;
1999 Semi - Freightliner FMV $14,500;
1989 Semi - Volvo FMV 6,000;
1973 Semi-tractor-lH-Box & Hoist FMV $6,000;
1983 Hopper Trailer FMV $8,000;
2001 Van Trailer 53' FMV $2,500;
(2) Van Trailers 28' FMV $6,000; Roofs are bad;
(3) Van Trailers 48' (Storage) $6,000;
2018 Svc Trailer-welder/generator/torch $5,000;
(3) Car Trailers 18' bumber hitch FMV $4,000;
2012 Flat Bed Trailer 26' Fifth Wheel FMV $6,500;
1973 Truck-lH-1600 Tandem FMV $4,000;
19?? Truck-lH-?.?T w/Box & Hoist FMV $5,000;
1970 Ford F600 Truck FMV $2,500;
Side-by-Side FMV $6,500;
2018 UTV-Can Am-4x4 FMV $7,500;
2000 Chevrolet Suburban FMV $2,000; Trans weak
1989 Chevrolet Suburban FMV $1,500.

2010 MF 4610M Tractor and Loader FMV $42,500                                   $42,500.00

32' Sooner Stock Trailer                                                                       $23,000.00

# EXHIBIT A

Machinery and Equipment including:                                                                    $415,100.00

Misc Chisel Plows FMV $1,500;
Tractor CASE 2590 FMV $10,000;
Tractor CASE 2090 FMV $15,000; (clutch is out)
Tractor CASE 2690 4x4 FMV $13,000;
Tractor CASE 600 FMV $500; (needs assembly)
Tractor Ford 2000 FMV $3,500;
Tractor CIH 7110 FMV $20,000;
Tractor MF 165 w/loader FMV $6,500;
Payloader Ford A64 FMV $18,000;
Skid Steer CASE 1845 FMV $5,000;
Skid Steer CASE 1830 FMV $7,000;
Pallet and Grapple forks and buckets FMV $4,500
Skid Steer - Back Hoe FMV $2,500;
Fork Lift Hyster FMV $1,000; (not running)
(2) Augers Mayrath 10"x 80' FMV $1,000;
Auger 10"x 40' w/10 hp Elec Motor FMV $500;
Auger Westfield 10"x 80' w/swing out FMV $6,500;
Grain Vac Walinga 510 FMV $1,500;
Hopper Cone FMV $6,500;
(2) Silo unloaders Goliath FMV $15,000;
Stalk Chopper Hiniker FMV $17,000;
Hydroswing New Holland 116 FMV $4,000;
Combine MF 852 FMV $1,000; (needs Strawalker);
(2) Swathers Versatile 400 FMV $1,500 & Parts;
(6) Combines w/headers MF parts? FMV $8,000;
Baler CAT RB563 FMV $13,900;
Unloading Dock Portable/Steel FMV $10,000;   *(Custom built by debtor value is sentimental);
Bale Picker Vermeer FMV $7,500;
Feeder Box Meyerink 480 FMV $32,000;
Hay Grinder Roto FMV $12,000;
Corral System OK FMV $12,000;
Livestock Chute/Scale Titan Hydraulic $17,000;
Roller Mill Peerless FMV $6,500; (gear box is out);
Windmill and Tank FMV $3,500;
Solar Pumping System FMV $2,500;
Propane Tank 100 gallon FMV $2,500;
(5) Poly Tanks FMV $10,000;
Grain cleaner w/screens FMV $500;
Generator 9,000 watt FMV $500;
Generator KW PTO FMV $5,000;
Man Lift FMV $4,500;
Tree Spade CASE FMV $4,500;
Cement Mixer 3 point FMV $500;
Finishing Mower 3 point FMV $500;
Misc. Equipment & Scrap Iron FMV $7,500;
Sprayer Apache Self-Propelled FMV $50,000;
Sprayer Flexcoil 120' FMV $1,000;
Side Dresser 16 Row FMV $9,000;
Grass Drill Great Plains FMV $28,000;
Air Seeder CIH 8500 FMV $5,000;
Corn Planter White 12 Row FMV $1,000;
Disk CIH 496 32' FMV $7,500;
Harrow Herman 35' FMV $500;
Plow Melroe 7 bottom; (Scrap Value $ ??)
Rotary Hoe Yetter 30' FMV $1,000;
Plow CASE 6 bottom w/packer; (Scrap Value $ ??)

# EXHIBIT A

48.  <u>Crops--either growing or harvested (details):</u>

Corn in field                                                                    $4,000.00

Approx. 1,500  tons of hay in round bales                           $150,000.00

# Exhibit B - Living Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Your Household

1.   Is this a joint case?

☐   No. Go to line 2.
☐   Yes.  Does Debtor 2 live in a separate household?
    ☐   No
    ☐   Yes.  Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.   Do you have dependents?   ☐   No

Do not list Debtor 1 and   ☐
Debtor 2.

3.   Do your expenses include   ☐   No
expenses of people other than   ☐   Yes
yourself and your dependents?

**Part 2:**   Estimate Your Ongoing Monthly Expenses

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)   Your expenses

4.   The rental or home ownership expenses for your residence.   4.   _____
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.   Real estate taxes   4a.   _____$22.00

4b.   Property, homeowner's, or renter's insurance   4b.   _____

4c.   Home maintenance, repair, and upkeep expenses   4c.   _____$200.00

4d.   Homeowner's association or condominium dues   4d.   _____

# EXHIBIT B

Your expenses

| | | |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. |
| 6. | Utilities: | |
| | 6a.  Electricity, heat, natural gas | 6a.    $350.00 |
| | 6b.  Water, sewer, garbage collection | 6b.    $0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.    $304.00 |
| | 6d.  Other.  Specify:  AT&TWireless | 6d.    $170.00 |
| 7. | Food and housekeeping supplies | 7.    $550.00 |
| 8. | Childcare and children's education costs | 8. |
| 9. | Clothing, laundry, and dry cleaning | 9.    $140.00 |
| 10. | Personal care products and services | 10.    $64.00 |
| 11. | Medical and dental expenses | 11.    $250.00 |
| 12. | Transportation.  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12.    $300.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13.    $100.00 |
| 14. | Charitable contributions and religious donations | 14. |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a.    $202.53 |
| | 15b.  Health insurance | 15b. |
| | 15c.  Vehicle insurance | 15c.    $210.00 |
| | 15d.  Other insurance.  Specify: | 15d. |
| 16. | Taxes.   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. |
| 17. | Installment or lease payments: | |
| | 17a.  Car payments for Vehicle 1   2008 Chevy 2500 | 17a.    $345.00 |
| | 17b.  Car payments for Vehicle 2   Pontoon | 17b.    **$156.00** |
| | 17c.  Other.  Specify:  Motorcycle(Debtor2) | 17c.    **$234.04** |
| | 17d.  Other.  Specify: | 17d. |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18. |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. |

# EXHIBIT B

20.  Other real property expenses not included in lines 4 or 5 of this form or on
     Schedule I: Your Income.

    20a.  Mortgages on other property          20a. _____

    20b.  Real estate taxes          20b. _____

    20c.  Property, homeowner's, or renter's insurance          20c. _____

    20d.  Maintenance, repair, and upkeep expenses          20d. _____

    20e.  Homeowner's association or condominium dues          20e. _____

21.  Other.  Specify: __PetExpenses(household)_____ 21.  + _____$50.00

22.  Calculate your monthly expenses.

    22a.  Add lines 4 through 21.          22a. | **$3,647.57** |

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.          22b.

    22c.  Add line 22a and 22b.  The result is your monthly expenses.          22c. | **$3,647.57** |

EXHIBIT C

| PROJECTED FARM OPERATION CASH FLOW 2021 | |
|---|---|
| **EXPENSES** | |
| **Crop Ground Expenses** | |
| Fuel | $4,000.00 |
| Seed | $6,700.00 |
| Fertilizer (378 acres x 25) | $9,450.00 |
| Chemicals (378 acres x 20) | $7,560.00 |
| Repairs | $1,500.00 |
| Subtotal: | $29,210.00 |
| | |
| **Alfalfa Ground Expenses** | |
| Bale Netwrap | $1,875.00 |
| Chemicals (400 acres x 5) | $2,000.00 |
| Fuel (400 x 2.5 gal $2.00) | $2,000.00 |
| Repairs | $2,500.00 |
| Subtotal: | $8,375.00 |
| | |
| **Lease Expenses** | |
| Frank Sack Lease Expense | |
| 160 acre pasture, lease to sublet | $800.00 |
| Carol Lindquist Lease Expense | |
| 155.99 tillable acres | |
| 151.53 tillable acres | |
| 320 acres pasture & grazing ground, sublease out Lease Payment May 1st | $8,500.00 |
| Lease Payment November 1st | $8,500.00 |
| **Subtotal:** | $17,800.00 |
| | |
| **Cattle Expenses** | |
| Purchase 50 hd late bred cows 1,250 lbs x .64 per lb = $800 per head x 50 | $40,000 |
| Subtotal: | $40,000.00 |
| | |
| **TOTAL FARM OPERATION EXPENSES: $ 95,385.00** | |
| | |
| **Creditor Payments** | |
| AGCO Finance  -  $9,027.68 | |
| Dakota West Credit Union  -  $68,429.23 | |
| Deere and Company  -  $1,281.57 | |
| Farm Credit Leasing Services  -  $3,973.00 | |
| Manley & Arlene Siewert  -  $4,377.76 | |
| Manley & Arlene Siewert  -  $4,041.01 | |
| Union Equipment Finance  -  $1,032.87 | **CREDITOR PAYMENTS AND** |
| Farm Service Agency  -  $69,755.54 | **FARM OPERATION EXPENSES** |
| **Total Creditor Payments: $161,918.66** | **COMBINED TOTAL:  $257,303.66** |

# Exhibit D

# Income

## Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor1 | Debtor2ornon-filingspouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | TruckDriver | Cashier |
| Employer's name | | SynergyRVTransport | Bronson'sMarketplace |
| Employer's address | | 2448E.KercherRd<br>Number  Street | 312Highway12E<br>Number  Street |
| | | Goshen          IN   46526<br>City          State  Zip Code | Bowman          ND   58623<br>City          State  Zip Code |
| How long employed there? | | 2years | 1year3months |

---

**Part 2:**   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filingspouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $1,941.87 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $0.00 | $1,941.87 |

## Exhibit D

| | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|
| | 4. | $0.00 | $1,941.87 |
| 5. List all payroll deductions: | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $330.12 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: Seecontinuationsheet | 5h.+ | $0.00 | $115.92 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $446.04 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $0.00 | $1,495.83 |
| 8. List all other income regularly received: | | | |
| 8a. Net income from rental property and from operating a **business**  **Net income from operating a farm (including tree sales):** | 8a. | **$2,399.48**  **$17,609.44** | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: | 8h.+ | $0.00 | $0.00 |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | $0.00 |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $20,008.92 + | $1,495.83 = $21,504.75 |

## Exhibit D

5h.   Other Payroll Deductions (details)

| | For Debtor 1 | For Debtor 2 |
|---|---|---|
| DentalInsurance | | $15.75 |
| LifeInsurance | | $49.21 |
| VisionInsurance | | $9.75 |
| AccidentInsurance | | $41.21 |
| Totals: | $0.00 | $115.92 |

## Exhibit D

8a.  Attached Statement (Debtor 1)

## Farming Income

Gross Monthly Income:                                                                      $34,883.75

| Expense | Category | Amount |
|---------|----------|--------|
| (See Expenses Listed on Court  Docket #108) | Farm Expenses | $17,450.92 |

Total Monthly Expenses                                                              $17,450.92

Net Monthly Income:                                                                     $17,432.83

## Exhibit D

8a.  Attached Statement  (Debtor 1)

## Tree Sales/Nursery/Landscaping

Gross Monthly Income:                                                                    $287.08

| Expense | Category | Amount |
|---------|----------|--------|
| Taxes   | Taxes    | $48.80 |
| Supplies | Supplies | $46.25 |
| Fuel    | Gasoline | $15.42 |

Total Monthly Expenses                                                          $110.47

Net Monthly Income:                                                               $176.61

## Exhibit D

8a.  Attached Statement  (Debtor 1)

### Synergy RV (Truck Driving)

Gross Monthly Income:                                                                    $5,618.11

| Expense | Category | Amount |
|---|---|---|
| Taxes | Taxes | $1,404.52 |
| Fuel Expenses | Gasoline | $1,527.60 |
| Tolls (from pay stubs) | Tolls | $40.00 |
| Wash (from pay stubs) | Truck Maintenance | $49.42 |
| Pre-Pull (from pay stubs) | Storage/Delivery charge | $64.17 |
| Indiana Campground | Lot Rent | $132.92 |

Total Monthly Expenses                                                           $3,218.63

Net Monthly Income:                                                                  $2,399.48

# Exhibit  E

| PROJECTED FARM INCOME | |
|---|---|
| | |
| **Cattle Income** | |
| Sale of 48 hd x 1400 lbs x .75 = $1050 hd | $50,400.00 |
| Sale of 45 hd calves 400 lb x 1.70 = $680 hd | $32,640.00 |
| Subtotal: | $83,040.00 |
| | |
| **Owned Property Income** | |
| Hettinger Property (North ½ - South Dakota Farm 320 acres) | |
| 87.26 acres crop ground, oats 80 bu per acre = 6,980 x 3.00 | $20,940.00 |
| 101.99 acres alfalfa ground, 3 ton acre = 305 x 100 | $30,500.00 |
| Hettinger Property (South ½ - South Dakota Farm 280 acres) | |
| 136.92 acres crop ground Oats 80 bu per acre = 10,953 x 3.00 | $32,859.00 |
| 74.45 acres grass alfalfa ground 2 ton acre = 148 x 100 | $14,800.00 |
| | |
| Corn left standing in field to bale in spring 100 ton x 40 per ton | $4,000.00 |
| Hay  1000 ton x $130 | $130,000.00 |
| Subtotal: | $233,099.00 |
| | |
| **Leased Land Income** | |
| Daluss & Dalynn Siewert Lease | |
| 70 acres alfalfa 3 ton acre 210 ton x 60% = 126 ton x 100 | $12,600.00 |
| Frank Sack Lease Income | |
| 160 acre pasture, lease $800, to sublet | $1,600.00 |
| Carol Lindquist Lease Income | |
| 155.99 acres alfalfa ground, 2 ton = 311 x 100 | $31,100.00 |
| 151.53 acres crop ground, wheat 35 bu/acre = 5303 bu x 5.50 | $29,166.00 |
| 320 acres pasture & grazing ground, sublease out | $8,000.00 |
| Subtotal: | $82,466.00 |
| | |
| **TOTAL PROJECTED FARM INCOME:** | **$ 398,605.00** |
| | |

## EXHIBIT F

### LIQUIDATION ANALYSIS

| PROPERTY | MARKET VALUE | LIENS | DEBTOR'S EQUITY | EXEMPT AMOUNT | BALANCE |
|---|---|---|---|---|---|
| Real Property | $1,567,000.00 | $498,094.88 | $1,068,905.12 | $20,000.00 | $1,048,905.12 |
| Cash on hand | $150.00 | $0.00 | $150.00 | $0.00 | $150.00 |
| Checking accounts, CD's etc. | $547.00 | $0.00 | $547.00 | $0.00 | $547.00 |
| Household goods and furnishings | $1,400.00 | $0.00 | $1,400.00 | $0.00 | $1,400.00 |
| Books, pictures, antiques, collections | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 |
| Wearing apparel | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| Furs and jewelry | $1,100.00 | $0.00 | $1,100.00 | $0.00 | $1,100.00 |
| Firearms, sports and hobby equipment | $700.00 | $0.00 | $700.00 | $0.00 | $700.00 |
| Interests in insurance policies | $2.00 | $0.00 | $2.00 | $2.00 | $0.00 |
| Motor vehicles and accessories | $22,895.00 | $10,695.00 | $12,200.00 | $12,200.00 | $0.00 |
| Boats, motors, and accessories | $35,880.00 | $20,831.00 | $16,848.00 | $1,200.00 | $15,648.00 |
| Machinery, equipment, supplies used in bus | $600,145.00 | $1,194,025.53 | $11,989.07 | $0.00 | $11,989.07 |
| Animals | $1,001.00 | $0.00 | $1,001.00 | $1,000.00 | $1.00 |
| Crops | $154,000.00 | $835,046.58 | $0.00 | $0.00 | $0.00 |
| Farming equipment and implements | $3,500.00 | $0.00 | $3,500.00 | $0.00 | $3,500.00 |
| Farm supplies, chemicals, and feed | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Other personal property of any type | $5,800.00 | $0.00 | $5,800.00 | $0.00 | $5,800.00 |
| TOTAL: | $2,405,120.00 | $2,558,692.99 | $1,135,142.19 | $34,902.00 | $1,100,240.19 |

SummaryofLiquidationResults

| | |
|---|---|
| Amount Available on Liquidation: | $1,135,142.19 |
| Less Exempted Amounts: | $34,902.00 |
| Less Liquidation Expenses: | $0.00 |
| Less Administrative Fees: | $0.00 |
| Remaining Balance: | $1,100,240.19 |
| | |
| Payments to Priority Claims: | $4,600.00 |
| Available to General Unsecured: | $1,095,640.19 |
| | |
| Total of General Unsecured under Chapter 7: | $702,400.04 |
| Percent Distribution under Chapter 7: | 100.00% |

**Exhibit G-1**

## AGCO Loan Amortization Schedule

| | |
|---|---|
| **$51,767.52 Loan Amortization Schedule @ 5.25% APR** | |
| 7 annual payments of $9,027.68<br>$11,426.23 in total interest paid. Please<br>allow for slight rounding dierences. | |

| Pmt | Payment | Principal | Interest | Balance |
|---|---|---|---|---|
| 1 | $9,027.68 | $6,309.89 | $2,717.79 | $45,457.63 |
| **Year 1** | **$9,027.68** | **$6,309.89** | **$2,717.79** | **$45,457.63** |
| 2 | $9,027.68 | $6,641.15 | $2,386.53 | $38,816.48 |
| **Year 2** | **$9,027.68** | **$6,641.15** | **$2,386.53** | **$38,816.48** |
| 3 | $9,027.68 | $6,989.81 | $2,037.87 | $31,826.67 |
| **Year 3** | **$9,027.68** | **$6,989.81** | **$2,037.87** | **$31,826.67** |
| 4 | $9,027.68 | $7,356.78 | $1,670.90 | $24,469.89 |
| **Year 4** | **$9,027.68** | **$7,356.78** | **$1,670.90** | **$24,469.89** |
| 5 | $9,027.68 | $7,743.01 | $1,284.67 | $16,726.88 |
| **Year 5** | **$9,027.68** | **$7,743.01** | **$1,284.67** | **$16,726.88** |
| 6 | $9,027.68 | $8,149.52 | $878.16 | $8,577.36 |
| **Year 6** | **$9,027.68** | **$8,149.52** | **$878.16** | **$8,577.36** |
| 7 | $9,027.67 | $8,577.36 | $450.31 | $0.00 |
| **Year 7** | **$9,027.67** | **$8,577.36** | **$450.31** | **$0.00** |
| **Grand Total** | **$63,193.75** | **$51,767.52** | **$11,426.23** | |

**Exhibit G-2**

## Dakota West Credit Union

## Amortization Schedule

| Principal: $1,022,599.66 |
|---|
| Interest Rate: 5.25% |
| Payment Interval: Annually |
| # of Payments: 30 |
| Payment: $68,429.23 |

**Schedule of Payments**
Please allow for slight rounding differences.

| Pmt # | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 1 | Nov 30 2021 | $68,429.23 | $14,742.75 | $53,686.48 | $1,007,856.91 |
| 2 | Nov 30 2022 | $68,429.23 | $15,516.74 | $52,912.49 | $992,340.17 |
| 3 | Nov 30 2023 | $68,429.23 | $16,331.37 | $52,097.86 | $976,008.80 |
| 4 | Nov 30 2024 | $68,429.23 | $17,188.77 | $51,240.46 | $958,820.03 |
| 5 | Nov 30 2025 | $68,429.23 | $18,091.18 | $50,338.05 | $940,728.85 |
| 6 | Nov 30 2026 | $68,429.23 | $19,040.97 | $49,388.26 | $921,687.88 |
| 7 | Nov 30 2027 | $68,429.23 | $20,040.62 | $48,388.61 | $901,647.26 |
| 8 | Nov 30 2028 | $68,429.23 | $21,092.75 | $47,336.48 | $880,554.51 |
| 9 | Nov 30 2029 | $68,429.23 | $22,200.12 | $46,229.11 | $858,354.39 |
| 10 | Nov 30 2030 | $68,429.23 | $23,365.62 | $45,063.61 | $834,988.77 |
| 11 | Nov 30 2031 | $68,429.23 | $24,592.32 | $43,836.91 | $810,396.45 |
| 12 | Nov 30 2032 | $68,429.23 | $25,883.42 | $42,545.81 | $784,513.03 |
| 13 | Nov 30 2033 | $68,429.23 | $27,242.30 | $41,186.93 | $757,270.73 |
| 14 | Nov 30 2034 | $68,429.23 | $28,672.52 | $39,756.71 | $728,598.21 |
| 15 | Nov 30 2035 | $68,429.23 | $30,177.82 | $38,251.41 | $698,420.39 |
| 16 | Nov 30 2036 | $68,429.23 | $31,762.16 | $36,667.07 | $666,658.23 |
| 17 | Nov 30 2037 | $68,429.23 | $33,429.67 | $34,999.56 | $633,228.56 |
| 18 | Nov 30 2038 | $68,429.23 | $35,184.73 | $33,244.50 | $598,043.83 |
| 19 | Nov 30 2039 | $68,429.23 | $37,031.93 | $31,397.30 | $561,011.90 |
| 20 | Nov 30 2040 | $68,429.23 | $38,976.11 | $29,453.12 | $522,035.79 |
| 21 | Nov 30 2041 | $68,429.23 | $41,022.35 | $27,406.88 | $481,013.44 |
| 22 | Nov 30 2042 | $68,429.23 | $43,176.02 | $25,253.21 | $437,837.42 |
| 23 | Nov 30 2043 | $68,429.23 | $45,442.77 | $22,986.46 | $392,394.65 |
| 24 | Nov 30 2044 | $68,429.23 | $47,828.51 | $20,600.72 | $344,566.14 |
| 25 | Nov 30 2045 | $68,429.23 | $50,339.51 | $18,089.72 | $294,226.63 |
| 26 | Nov 30 2046 | $68,429.23 | $52,982.33 | $15,446.90 | $241,244.30 |
| 27 | Nov 30 2047 | $68,429.23 | $55,763.90 | $12,665.33 | $185,480.40 |
| 28 | Nov 30 2048 | $68,429.23 | $58,691.51 | $9,737.72 | $126,788.89 |
| 29 | Nov 30 2049 | $68,429.23 | $61,772.81 | $6,656.42 | $65,016.08 |
| 30 | Nov 30 2050 | $68,429.42 | $65,016.08 | $3,413.34 | $0.00 |
| **Grand Total** | | **$2,052,877.09** | **$1,022,599.66** | **$1,030,277.43** | |

Exhibit G-3

## Deere & Company
### Amortization Schedule

Principal: $7,348.93
Interest Rate: 5.25%
Payment Interval: Daily
# of Payments: 3
Payment: $2,711.24

### Schedule of Payments
Please allow for slight rounding

| Pmt # | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 1 | May 25, 2022 | $2,711.24 | $2,325.42 | $385.82 | $5,023.51 |
| | Year 1 | $2,711.24 | $2,325.42 | $385.82 | $5,023.51 |
| 2 | May 25, 2023 | $2,711.24 | $2,447.51 | $263.73 | $2,576.00 |
| | Year 2 | $2,711.24 | $2,447.51 | $263.73 | $2,576.00 |
| 3 | May 25, 2024 | $2,711.24 | $2,576.00 | $135.24 | $0.00 |
| | Year 3 | $2,711.24 | $2,576.00 | $135.24 | $0.00 |
| **Grand Total** | | **$8,133.72** | **$7,348.93** | **$784.79** | |

Close Window

Exhibit G-3

Exhibit G-4

# Loan Amortization Schedule

## Farm Credit Leasing Services Corp.

### $18,000.00 Loan Amortization Schedule @ 5.25% APR

7 annual payments of $3,139.00
$3,973.00 in total interest paid.
Please allow for slight rounding differences.

| Pmt | Payment | Principal | Interest | Balance |
|---|---|---|---|---|
| 1 | $3,139.00 | $2,194.00 | $945.00 | $15,806.00 |
| **Year 1** | **$3,139.00** | **$2,194.00** | **$945.00** | **$15,806.00** |
| 2 | $3,139.00 | $2,309.18 | $829.82 | $13,496.82 |
| **Year 2** | **$3,139.00** | **$2,309.18** | **$829.82** | **$13,496.82** |
| 3 | $3,139.00 | $2,430.42 | $708.58 | $11,066.40 |
| **Year 3** | **$3,139.00** | **$2,430.42** | **$708.58** | **$11,066.40** |
| 4 | $3,139.00 | $2,558.01 | $580.99 | $8,508.39 |
| **Year 4** | **$3,139.00** | **$2,558.01** | **$580.99** | **$8,508.39** |
| 5 | $3,139.00 | $2,692.31 | $446.69 | $5,816.08 |
| **Year 5** | **$3,139.00** | **$2,692.31** | **$446.69** | **$5,816.08** |
| 6 | $3,139.00 | $2,833.66 | $305.34 | $2,982.42 |
| **Year 6** | **$3,139.00** | **$2,833.66** | **$305.34** | **$2,982.42** |
| 7 | $3,139.00 | $2,982.42 | $156.58 | $0.00 |
| **Year 7** | **$3,139.00** | **$2,982.42** | **$156.58** | **$0.00** |
| **Grand Total** | **$21,973.00** | **$18,000.00** | **$3,973.00** | |

### Exhibit G-5

## Amortization Schedule

Manley Siewert (280) 30 x 5.25

Principal: $63,625.31
Interest Rate: 5.50%
Payment Interval: Annually
# of Payments: 30
Payment: $4,377.76

### Schedule of Payments
Please allow for slight rounding differences.

| Pmt # | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 1 | Nov 30 2021 | $4,377.76 | $878.37 | $3,499.39 | $62,746.94 |
| 2 | Nov 30 2022 | $4,377.76 | $926.68 | $3,451.08 | $61,820.26 |
| 3 | Nov 30 2023 | $4,377.76 | $977.65 | $3,400.11 | $60,842.61 |
| 4 | Nov 30 2024 | $4,377.76 | $1,031.42 | $3,346.34 | $59,811.19 |
| 5 | Nov 30 2025 | $4,377.76 | $1,088.14 | $3,289.62 | $58,723.05 |
| 6 | Nov 30 2026 | $4,377.76 | $1,147.99 | $3,229.77 | $57,575.06 |
| 7 | Nov 30 2027 | $4,377.76 | $1,211.13 | $3,166.63 | $56,363.93 |
| 8 | Nov 30 2028 | $4,377.76 | $1,277.74 | $3,100.02 | $55,086.19 |
| 9 | Nov 30 2029 | $4,377.76 | $1,348.02 | $3,029.74 | $53,738.17 |
| 10 | Nov 30 2030 | $4,377.76 | $1,422.16 | $2,955.60 | $52,316.01 |
| 11 | Nov 30 2031 | $4,377.76 | $1,500.38 | $2,877.38 | $50,815.63 |
| 12 | Nov 30 2032 | $4,377.76 | $1,582.90 | $2,794.86 | $49,232.73 |
| 13 | Nov 30 2033 | $4,377.76 | $1,669.96 | $2,707.80 | $47,562.77 |
| 14 | Nov 30 2034 | $4,377.76 | $1,761.81 | $2,615.95 | $45,800.96 |
| 15 | Nov 30 2035 | $4,377.76 | $1,858.71 | $2,519.05 | $43,942.25 |
| 16 | Nov 30 2036 | $4,377.76 | $1,960.94 | $2,416.82 | $41,981.31 |
| 17 | Nov 30 2037 | $4,377.76 | $2,068.79 | $2,308.97 | $39,912.52 |
| 18 | Nov 30 2038 | $4,377.76 | $2,182.57 | $2,195.19 | $37,729.95 |
| 19 | Nov 30 2039 | $4,377.76 | $2,302.61 | $2,075.15 | $35,427.34 |
| 20 | Nov 30 2040 | $4,377.76 | $2,429.26 | $1,948.50 | $32,998.08 |
| 21 | Nov 30 2041 | $4,377.76 | $2,562.87 | $1,814.89 | $30,435.21 |
| 22 | Nov 30 2042 | $4,377.76 | $2,703.82 | $1,673.94 | $27,731.39 |
| 23 | Nov 30 2043 | $4,377.76 | $2,852.53 | $1,525.23 | $24,878.86 |
| 24 | Nov 30 2044 | $4,377.76 | $3,009.42 | $1,368.34 | $21,869.44 |
| 25 | Nov 30 2045 | $4,377.76 | $3,174.94 | $1,202.82 | $18,694.50 |
| 26 | Nov 30 2046 | $4,377.76 | $3,349.56 | $1,028.20 | $15,344.94 |
| 27 | Nov 30 2047 | $4,377.76 | $3,533.79 | $843.97 | $11,811.15 |
| 28 | Nov 30 2048 | $4,377.76 | $3,728.15 | $649.61 | $8,083.00 |
| 29 | Nov 30 2049 | $4,377.76 | $3,933.19 | $444.57 | $4,149.81 |
| 30 | Nov 30 2050 | $4,378.05 | $4,149.81 | $228.24 | $0.00 |
| **Grand Total** | | **$131,333.09** | **$63,625.31** | **$67,707.78** | |

**Exhibit G-6**
**Amortization Schedule**
Manley and Arlene Siewert (320 acres)

Principal: $58,730.97
Interest Rate: 5.50%
Payment Interval: Annually
# of Payments: 30
Payment: $4,041.01

**Schedule of Payments**
Please allow for slight rounding differences.

| Pmt # | Date | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|
| 1 | Nov 30 2021 | $4,041.01 | $810.81 | $3,230.20 | $57,920.16 |
| 2 | Nov 30 2022 | $4,041.01 | $855.40 | $3,185.61 | $57,064.76 |
| 3 | Nov 30 2023 | $4,041.01 | $902.45 | $3,138.56 | $56,162.31 |
| 4 | Nov 30 2024 | $4,041.01 | $952.08 | $3,088.93 | $55,210.23 |
| 5 | Nov 30 2025 | $4,041.01 | $1,004.45 | $3,036.56 | $54,205.78 |
| 6 | Nov 30 2026 | $4,041.01 | $1,059.69 | $2,981.32 | $53,146.09 |
| 7 | Nov 30 2027 | $4,041.01 | $1,117.98 | $2,923.03 | $52,028.11 |
| 8 | Nov 30 2028 | $4,041.01 | $1,179.46 | $2,861.55 | $50,848.65 |
| 9 | Nov 30 2029 | $4,041.01 | $1,244.33 | $2,796.68 | $49,604.32 |
| 10 | Nov 30 2030 | $4,041.01 | $1,312.77 | $2,728.24 | $48,291.55 |
| 11 | Nov 30 2031 | $4,041.01 | $1,384.97 | $2,656.04 | $46,906.58 |
| 12 | Nov 30 2032 | $4,041.01 | $1,461.15 | $2,579.86 | $45,445.43 |
| 13 | Nov 30 2033 | $4,041.01 | $1,541.51 | $2,499.50 | $43,903.92 |
| 14 | Nov 30 2034 | $4,041.01 | $1,626.29 | $2,414.72 | $42,277.63 |
| 15 | Nov 30 2035 | $4,041.01 | $1,715.74 | $2,325.27 | $40,561.89 |
| 16 | Nov 30 2036 | $4,041.01 | $1,810.11 | $2,230.90 | $38,751.78 |
| 17 | Nov 30 2037 | $4,041.01 | $1,909.66 | $2,131.35 | $36,842.12 |
| 18 | Nov 30 2038 | $4,041.01 | $2,014.69 | $2,026.32 | $34,827.43 |
| 19 | Nov 30 2039 | $4,041.01 | $2,125.50 | $1,915.51 | $32,701.93 |
| 20 | Nov 30 2040 | $4,041.01 | $2,242.40 | $1,798.61 | $30,459.53 |
| 21 | Nov 30 2041 | $4,041.01 | $2,365.74 | $1,675.27 | $28,093.79 |
| 22 | Nov 30 2042 | $4,041.01 | $2,495.85 | $1,545.16 | $25,597.94 |
| 23 | Nov 30 2043 | $4,041.01 | $2,633.12 | $1,407.89 | $22,964.82 |
| 24 | Nov 30 2044 | $4,041.01 | $2,777.94 | $1,263.07 | $20,186.88 |
| 25 | Nov 30 2045 | $4,041.01 | $2,930.73 | $1,110.28 | $17,256.15 |
| 26 | Nov 30 2046 | $4,041.01 | $3,091.92 | $949.09 | $14,164.23 |
| 27 | Nov 30 2047 | $4,041.01 | $3,261.98 | $779.03 | $10,902.25 |
| 28 | Nov 30 2048 | $4,041.01 | $3,441.39 | $599.62 | $7,460.86 |
| 29 | Nov 30 2049 | $4,041.01 | $3,630.66 | $410.35 | $3,830.20 |
| 30 | Nov 30 2050 | $4,040.86 | $3,830.20 | $210.66 | $0.00 |
| **Grand Total** | | **$121,230.15** | **$58,730.97** | **$62,499.18** | |

Exhibit C-7

# Loan Amortization Schedule

## Union  Equipment Finance, L.L.C.

| **$5,922.79 Loan Amortization Schedule @ 5.25% APR** |
| :-: |
| 7 annual payments of $1,032.87 <br> $1,307.30 in total interest paid. <br> Please allow for slight rounding differences. |

| Pmt | Payment | Principal | Interest | Balance |
| :-: | :-: | :-: | :-: | :-: |
| 1 | $1,032.87 | $721.92 | $310.95 | $5,200.87 |
| **Year 1** | **$1,032.87** | **$721.92** | **$310.95** | **$5,200.87** |
| 2 | $1,032.87 | $759.82 | $273.05 | $4,441.05 |
| **Year 2** | **$1,032.87** | **$759.82** | **$273.05** | **$4,441.05** |
| 3 | $1,032.87 | $799.71 | $233.16 | $3,641.34 |
| **Year 3** | **$1,032.87** | **$799.71** | **$233.16** | **$3,641.34** |
| 4 | $1,032.87 | $841.70 | $191.17 | $2,799.64 |
| **Year 4** | **$1,032.87** | **$841.70** | **$191.17** | **$2,799.64** |
| 5 | $1,032.87 | $885.89 | $146.98 | $1,913.75 |
| **Year 5** | **$1,032.87** | **$885.89** | **$146.98** | **$1,913.75** |
| 6 | $1,032.87 | $932.40 | $100.47 | $981.35 |
| **Year 6** | **$1,032.87** | **$932.40** | **$100.47** | **$981.35** |
| 7 | $1,032.87 | $981.35 | $51.52 | $0.00 |
| **Year 7** | **$1,032.87** | **$981.35** | **$51.52** | **$0.00** |
| **Grand Total** | **$7,230.09** | **$5,922.79** | **$1,307.30** | |

Exhibit C-8

## Loan Amortization Schedule

### Farm Service Agency (FSA)

| $400,000.00 **Loan Amortization Schedule @ 5.25% APR** |
| --- |
| 7 annual payments of $69,755.54 |
| $88,288.78 in total interest paid. |
| Please allow for slight rounding differences. |

| Pmt | Payment | Principal | Interest | Balance |
| --- | --- | --- | --- | --- |
| 1 | $69,755.54 | $48,755.54 | $21,000.00 | $351,244.46 |
| **Year 1** | **$69,755.54** | **$48,755.54** | **$21,000.00** | **$351,244.46** |
| 2 | $69,755.54 | $51,315.21 | $18,440.33 | $299,929.25 |
| **Year 2** | **$69,755.54** | **$51,315.21** | **$18,440.33** | **$299,929.25** |
| 3 | $69,755.54 | $54,009.25 | $15,746.29 | $245,920.00 |
| **Year 3** | **$69,755.54** | **$54,009.25** | **$15,746.29** | **$245,920.00** |
| 4 | $69,755.54 | $56,844.74 | $12,910.80 | $189,075.26 |
| **Year 4** | **$69,755.54** | **$56,844.74** | **$12,910.80** | **$189,075.26** |
| 5 | $69,755.54 | $59,829.09 | $9,926.45 | $129,246.17 |
| **Year 5** | **$69,755.54** | **$59,829.09** | **$9,926.45** | **$129,246.17** |
| 6 | $69,755.54 | $62,970.12 | $6,785.42 | $66,276.05 |
| **Year 6** | **$69,755.54** | **$62,970.12** | **$6,785.42** | **$66,276.05** |
| 7 | $69,755.54 | $66,276.05 | $3,479.49 | $0.00 |
| **Year 7** | **$69,755.54** | **$66,276.05** | **$3,479.49** | **$0.00** |
| **Grand Total** | **$488,288.78** | **$400,000.00** | **$88,288.78** | |