UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:

Delroy Dean Siewert,
dba Siewert Farms,
dba Delroy Siewert and
Cindy Lou Siewert,

Debtors.
_____/

Bankruptcy No. 20-30480
Chapter 12

**ORDER**

Debtors filed their Second Amended Chapter 12 Plan of Reorganization on June 21, 2021.  Doc. 202.  On July 19, 2021, Debtors filed an Addendum to Debtors' Second Amended Chapter 12 Plan dated June 21, 2021, with Respect to Treatment for Claim of Deere and Company (Addendum).  Doc. 218.  Deere & Company filed an objection but withdrew its objection on July 20, 2021, after Debtors filed the Addendum that addressed its objection.  Doc. 221.  The Court received no other objections to the Second Amended Plan.  Upon review of the Second Amended Plan, Addendum and Affidavit in Support of Confirmation [Doc. 215], the Court finds:

1. Debtor served the Second Amended Plan on interested parties.

2. The Second Amended Plan and Addendum comply with the provisions of Chapter 12 and other applicable provisions of the Bankruptcy Code, except to the extent the Second Amended Plan or Addendum suggests that the automatic stay will be lifted without Court order.  Any creditor seeking relief from the stay must seek authority from the Bankruptcy Court.

3. The Second Amended Plan has been proposed in good faith and not by any means forbidden by law.

4. The value, as of the effective date of the Second Amended Plan, of property to be distributed under the Second Amended Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate was liquidated under Chapter 7.  <u>See</u> Exhibit F – Liquidation Analysis.  Doc. 202 at 41.

5. With respect to each allowed secured claim provided for by the Second Amended Plan and Addendum, the holders of claims accepted the plan or are deemed to have accepted the plan.

6. Debtors pledge to devote their disposable income to the plan.

7. The Second Amended Plan and Addendum appears feasible.

Therefore, **IT IS ORDERED:** That the Second Amended Chapter 12 Plan of Reorganization [Doc. 202] together with the Addendum [Doc. 218] is **CONFIRMED**.

Dated: July 20, 2021.

*Shon Hastings*

Shon Hastings, Judge
United States Bankruptcy Court

Copy served electronically July 20, 2021 to Attorney Bruce Madlom for service.